BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYES ET AL. v. UNITED STATES ET AL.

No. 510.   Decided December 9, 1963.*

*Clarence M. Mulholland, Richard R. Lyman, Edward J. Hickey, Jr., William G. Mahoney* and *Harry A. Carson* for appellants in No. 510.   *Charles S. Rhyne, Edward D. Means, Jr.* and *Alfred J. Tighe* for appellants in No. 511.

*Solicitor General Cox* for the United States, and *Robert W. Ginnane* and *Fritz R. Kahn* for the Interstate Commerce Commission, appellees.

*Edward K. Wheeler, Hewitt S. Biaett, Robert G. Seaks* and *Kenneth H. Ekin* for appellee carriers.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

---

*Together with No. 511, *Brotherhood of Railway & Steamship Clerks, Freight Handlers, Express & Station Employes et al.* v. *United States et al.*, also on appeal from the same Court.